COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-17-00547-CV |
| Style: | In the Interest of A.L.B. and A.M.B., Children |
| Date motion filed*: | September 18, 2017 |
| Type of motion: | Amended Unopposed Motion for Extension of Time to File Notice of Appeal Pursuant to TRAP 26.3 |
| Party filing motion: | Appellant A.B. |
| Document to be filed: | N/A |

Is appeal accelerated?      Yes (parental termination).

If motion to extend time:

    Original due date:             July 3, 2017 (Notice of appeal deadline)

    Number of extensions granted:      0        Current Due Date:  July 3, 2017

    Date Requested:            July 11, 2017

Ordered that motion is:
- ☑ Granted
- ☐ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☑ Other: _____

  Appellant's motion to extend the time to file the notice of appeal is **granted** because the notice was filed within the 15-day grace period and appointed counsel's motion provides a reasonable explanation for the 8-day delay.  *See* TEX. R. APP. P. 10.5(b), 26.1(b), 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

Judge's signature: /s/ Evelyn V. Keyes
                  ☑ Acting individually     ☐ Acting for the Court

Date:  September 21, 2017